UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------------x

THE PILLSBURY COMPANY,   :   98-CV-6114
                             (CJS)(JWF)
      Plaintiff,   :

- against -   :   CONSENT TO CHANGE
     ATTORNEYS

UPPER CRUST PRODUCTION COMPANY, INC.   :
and UPPER CRUST USA INC.,
     :

      Defendants.
     :
----------------------------------------x

    IT IS HEREBY CONSENTED that Emery Celli Cuti Brinkerhoff & Abady P.C. be substituted as attorneys of record for defendants Upper Crust Production Company, Inc. and Upper Crust USA, Inc. in the above-entitled action in place and stead of Reiss, Eisenpress & Eisenberg as of the date hereof.

Dated:  New York, New York
       February 6, 2004

EMERY CELLI CUTI BRINKERHOFF               REISS, EISENPRESS & EISENBERG
  & ABADY P.C.

By_____   By_____
   Andrew G. Celli, Jr. (AG 3598)      Lloyd M. Eisenberg (LE 5376)
Substituting attorneys for defendants   Retiring attorneys for defendants
545 Madison Avenue   425 Madison Avenue
New York, New York 10022   New York, New York 10017
(212) 763-5000   (212) 753-2424

UPPER CRUST PRODUCTION   UPPER CRUST USA INC.
COMPANY, INC.

By:_____   By:_____
Name: PATRICK PROCTOR   Name: PATRICK PROCTOR
Title: VP FINANCE   Title: VP FINANCE

SO ORDERED
/s/ Jonathan W. Feldman   4/14/04
United States Magistrate Judge

A C K N O W L E D G M E N T S

ONTARIO            )
                   : ss.:
CANADA   ss        )

On April 7, 2004, before me personally came PATRICK PROCTOR, to me known, who, by me duly sworn, did depose and say that deponent is the VP FINANCE of UPPER CRUST PRODUCTION COMPANY, INC., the corporation described in, and which executed, the foregoing consent to change attorneys, and that deponent signed deponent's name by order of the board of directors of that corporation.

_____
Notary Public

ONTARIO            )
                   : ss.:
CANADA   ss        )

On APRIL 7, 2004, before me personally came PATRICK PROCTOR, to me known, who, by me duly sworn, did depose and say that deponent is the VP FINANCE of UPPER CRUST USA INC., the corporation described in, and which executed, the foregoing consent to change attorneys, and that deponent signed deponent's name by order of the board of directors of that corporation.

_____
Notary Public