UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
THE PILLSBURY COMPANY,

        Plaintiff,

 -against-

UPPER CRUST PRODUCTION COMPANY, INC. and
UPPER CRUST USA INC.,

        Defendants.
------------------------------------------------------------------------x

98 Civ. 6114 (CJS)(JWF)

**NOTICE OF APPEAL**

FILED 04 MAY 10 AM 11:1[?]
U.S. DISTRICT COURT
W.D.N.Y. ROCHESTER

Notice is hereby given that Defendants in the above-captioned action hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on May 5, 2004.

Dated: New York, New York
       May 7, 2004

EMERY CELLI BRINCKERHOFF
  & ABADY LLP

By: Andrew G. Celli, Jr. (AC 5724)

545 Madison Avenue, 3rd Floor
New York, New York 10022

Attorneys for Defendants