**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**UPPER CRUST PRODUCTION CO., INC.**
**and UPPER CRUST USA, INC.,**

                Defendants-Appellant,

                vs                              **98-CV-6114F**
                                                          **USCA# 04-2858**

**PILLSBURY COMPANY,**

                Plaintiff-Appellee.

**PRIME PASTRIES USA, INC.,**

                Defendant.

---

     A certified copy of the Mandate of the United States Court of Appeals for the Second Circuit issued ___June 23, 2005___ having been filed in the Office of the Clerk of this Court on ___June 29, 2005___, it is hereby

     **ORDERED, ADJUDGED AND DECREED** that said Mandate be, and hereby is, made the judgment of this Court.

                                                            _/s/ signed_
                                                  HON. JONATHAN W. FELDMAN
                                                  United States Magistrate Judge

Dated: ~~June 30~~ July 11, 2005
         Rochester, NY