UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED

05 NOV 18 AM 8:45

U.S. DISTRICT COURT
W/D N.Y. ROCHESTER

| | |
|---|---|
| THE PILLSBURY COMPANY,<br><br>                                        Plaintiff,<br><br>- vs -<br><br>UPPER CRUST PRODUCTION COMPANY, INC., and<br>UPPER CRUST USA INC.,<br><br>                                        Defendants. | 98-CV-6114 (CJS)(JWF) |

## FURTHER STIPULATED JUDGMENT

WHEREAS, the Court entered a Decision and Order on January 6, 2004 (the "Order") finding Defendants (now known as Upper Crust Ltd.) in contempt of the Consent Judgment and Permanent Injunction filed on January 14, 1999 (the "Permanent Injunction"); and

WHEREAS, the Court entered a Stipulated Judgment on May 3, 2004 (the "05/03/04 Judgment") which, inter alia, entered judgment in favor of Plaintiff and against Defendants in the amount of $350,000; and

WHEREAS, Defendants appealed the Order and the 05/03/04 Judgment to the United States Court of Appeals for the Second Circuit pursuant to a Notice of Appeal dated May 7, 2004 (the "Appeal"); and

WHEREAS, the United States Court of Appeals for the Second Circuit affirmed the Order and the 05/03/04 Judgment by Summary Order dated June 1, 2005; and

R858201.4

WHEREAS, in addition to the 05/03/04 Judgment, Plaintiff is entitled to recover from Defendants (1) the fees and costs incurred by Plaintiff in connection with the Appeal, and (2) accrued interest on the 05/03/04 Judgment; it is

ORDERED AND ADJUDGED THAT:

1. Further judgment is entered in favor of Plaintiff and against Defendants in the total amount of $82,000.00, representing the fees and costs incurred by Plaintiff in connection with the Appeal and accrued interest on the 05/03/04 Judgment.

2. Defendants shall pay to Plaintiff the sum of $432,000.00, constituting the combined amount of the present Judgment and the 05/03/04 Judgment, in twelve (12) consecutive monthly installments of $36,000.00, payable by wire transfer, with payment of each such installment due on the twentieth of the month and with the first such payment due on July 20, 2005. Payment of the full amount will be accelerated and due immediately if there is any default in payment or any other violation of this Further Judgment, the 05/03/04 Judgment, or the Permanent Injunction, *provided however*, that in the event of any alleged default on payment, Plaintiff will provide written notice of such alleged default to Defendants and their undersigned counsel and such default will be deemed cured if payment is received within three (3) business days of receipt of such notice.

3. Provided that payment of such twelve monthly installments occurs without any uncured default, such payment shall be deemed full satisfaction of all moneys due under the 05/03/04 Judgment and this Further Judgment, including interest.

4. The Permanent Injunction and the 05/03/04 Judgment remain in full force and effect. This Court shall retain jurisdiction over the parties and the subject matter of this action

for the purpose of making any further orders necessary or desirable to effectuate the terms of this Further Judgment, the 05/03/04 Judgment, and the Permanent Injunction.

5. No appeal shall be taken by any party from this Further Judgment, the right to appeal being expressly waived by all parties.

Dated: July 20, 2005

_____
Honorable Jonathan W. Feldman
UNITED STATES MAGISTRATE JUDGE

**AGREED AND CONSENTED TO:**

Dated: November 9, 2005

THE PILLSBURY COMPANY
By: _____
Its: SECRETARY

Dated: July 20, 2005

UPPER CRUST LTD.
By: _____
Its: PATRICK PROCTOR

**APPROVED AS TO FORM BY:**

Dated: Nov. 16, 2005

*/s/ RD Rochford/*
Richard D. Rochford
Nixon Peabody LLP
Attorneys for Plaintiff
The Pillsbury Company

Dated: July 25, 2005

*/s/ Andrew G. Celli, Jr./*
Andrew G. Celli, Jr.
Emery Celli Cuti Brinckerhoff
& Abady PC
Attorneys for Defendant
Upper Crust Ltd.